United States District Court
Northern District of California

1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10
11  DAMON L. DIXON,                           Case No. 20-05846 EJD (PR)
            Petitioner,
12                                            **ORDER ADOPTING REPORT AND
        v.                                    RECOMMENDATIONS; OF
13                                            DISMISSAL**
    WARDEN,
14
            Respondent.
15                                            (Docket No. 8)
16

17      On August 19, 2020, Petitioner, a state prisoner, filed a petition for a writ of habeas

18  corpus pursuant to 28 U.S.C. § 2254, Dkt. No. 1, which was assigned to the Honorable

19  Magistrate Judge Thomas S. Hixson. Dkt. No. 3. Petitioner filed consent to proceed

20  before a magistrate judge. Dkt. No. 4.

21      On September 22, 2020, Judge Hixson denied Petitioner's motion for leave to

22  proceed in forma pauperis, Dkt. Nos. 5, 6, because his trust account statement showed

23  sufficient funds to pay the $5.00 filing fee, and directed Petitioner to pay the fee within

24  twenty-eight days of the order to avoid dismissal. Dkt. No. 7. The time passed, and

25  Petitioner did not pay the filing or otherwise communicate with the Court. Accordingly,

26  on December 1, 2020, Judge Hixson directed the matter be reassigned to a district judge

27  with a report and recommendation that the petition be dismissed without prejudice to filing

28  a motion to reopen the action, accompanied by the full filing fee. Dkt. No. 8. The matter

was reassigned to the undersigned on December 2, 2020.  Dkt. No. 9.

The Court adopts the Report and Recommendation of Judge Hixon in full. Petitioner has failed to pay the $5.00 filing fee in the time provided and has had no further communication with the Court.  Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

This order terminates Docket No. 8.

**IT IS SO ORDERED.**

Dated:  12/9/2020

_____
EDWARD J. DAVILA
United States District Judge

Order Adopting R&R; of Dismissal
P:\PRO-SE\EJD\HC.20\05846Dixon_dism.fee.docx

2