UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON L. DIXON,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 20-05846 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state sentence. Dkt. No. 1. On October 12, 2021, the Court dismissed the petition with leave to amend, for Petitioner to file an amended petition that states a cognizable claim challenging the voluntary and intelligence character of his plea and the nature of the advice of counsel to plead. Dkt. No. 15 at 3. Petitioner was directed to file an amended petition no later than twenty-eight days from the date the order is filed. Id. at 4. Petitioner was advised that failure to file a timely response in accordance with the order would result in the dismissal of this action without prejudice and without further notice to Petitioner. Id.

The deadline to file an amended petition, i.e., November 9, 2021, has long since passed without any further communication from Petitioner. Accordingly, this action is DSIMISSED without prejudice.

The Clerk shall terminate any pending motions as moot.

**IT IS SO ORDERED.**

Dated: __12/7/2021__                           _____
                                                                                EDWARD J. DAVILA
                                                                                United States District Judge